# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RASHAD WEARING**                                              **PETITIONER**
Reg. #11018-084

V.                NO. 2:13CV00163 JLH/JTR

**ANTHONY HAYNES, Warden,**                          **RESPONDENT**
FCI-Forrest City

## **ORDER**

The Court has received two filing fees from Petitioner in this case. *Docs. #5 & #7*. The Clerk of the Court is directed to refund to Petitioner the second $5.00 filing fee.

IT IS SO ORDERED THIS 24th DAY OF January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE