# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RASHAD WEARING                                                                                    PETITIONER
Reg. #11018-084

V.                              NO. 2:13CV00163 JLH/JTR

ANTHONY HAYNES, Warden,                                                                RESPONDENT
FCC-Forrest City

## ORDER

Respondent has filed a Response, *Doc. #9*, to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, arguing that Petitioner's federal sentence has been calculated in accordance with federal law. Petitioner is directed to file a Reply, addressing Respondent's arguments for dismissal, **on or before February 28, 2014.**

DATED THIS 29th DAY OF January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE