**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RASHAD WEARING                                                                                    PETITIONER
Reg. #11018-084

v.                                         NO. 2:13CV00163 JLH/JTR

ANTHONY HAYNES, Warden,
FCI-Forrest City                                                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DENIED, and that this case is DISMISSED with prejudice.

DATED this 19th day of May, 2015.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE