**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RASHAD WEARING                                                                                                  PETITIONER
Reg. #11018-084

v.                                              NO. 2:13CV00163 JLH/JTR

ANTHONY HAYNES, Warden,
FCI-Forrest City                                                                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITH PREJUDICE.

DATED this 19th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE