# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RASHAD WEARING,                                                                                        PETITIONER
Reg. #11018-084

v.                                           NO. 2:13CV00163 JLH/JTR

ANTHONY HAYNES, Warden,
FCI-Forrest City                                                                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Supplemental Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed.

After careful consideration, the Court concludes that the Proposed Findings and Supplemental Recommended Disposition should be, and it hereby is, approved and adopted in its entirety and in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that this petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DENIED, and that this case is DISMISSED with prejudice.

DATED this 22nd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE